United States Bankruptcy Court

Middle District of Florida

In re: Case No. 18-04199-CPM

Renee Lynn Boyd  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: admin      Page 1 of 3

Date Rcvd: Mar 10, 2023      Form ID: Dovdsm13      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Renee Lynn Boyd, 2114 E 109th Ave, Tampa, FL 33612-6149 |
| aty | + | Jeffrey P Diamond, Burnetti, PA, 1000 North Ashley Drive, Suite 800, Tampa, FL 33602-3718 |
| md | + | Erin L. Greene, Erin L. Greene, P.A., 600 Rinehart Road, Suite 3040, Lake Mary, FL 32746-4958 |
| cr | + | FLORIDA HOSPITAL TAMPA, WILSON & WILSON, ATTORNEYS AT LAW, 6148 LEE HWY STE 115, CHATTANOOGA, TN 37421-4148 |
| cr | + | HSBC Bank USA, National Assoication et al, c/o Kahane and Associates, P.A., 1619 NW 136th Avenue, Suite D-220, Sunrise, FL 33323-2856 |
| 27571121 | | BNW Roofing, 1003 Florida Ave, Palm Harbor, FL 34683-4310 |
| 27571124 | | BNW Roofing, Inc., 1018 Nebraska Ave, Palm Harbor, FL 34683-4029 |
| 27571123 | | BNW Roofing, Inc., PO Box 925, Palm Harbor, FL 34682-0925 |
| 27571128 | | Florida Hospital Tampa, 417 Bridge St Apt 100011, Danville, VA 24541-1403 |
| 27571130 | | Kevin B Wilson Esq, PO Box 24103, Chattanooga, TN 37422-4103 |
| 27571132 | | Kitchen and Bath Factory, c/o Heritage Law Group, 120 N Collins St Ste 201, Plant City, FL 33563-3318 |
| 27571134 | | Pioneer Credit, 197 SW Waterford Ct, Lake City, FL 32025-0711 |
| 27571136 | | Sunshine Radiology, PO Box 21547, Tampa, FL 33622-1547 |
| 27571137 | | Tampa Bay Emergency, PO Box 14000, Belfast, ME 04915-4033 |
| 27571138 | | Tampa Family Health Center, PO Box 82969, Tampa, FL 33682-2969 |
| 27571139 | | US Acute Care Solutions, Tampa Emergency Phys Attn: #18349E, PO Box 14000, Belfast, ME 04915-4033 |
| 27571140 | | Zephyrhills, 66661 Dixie Hwy Ste 4, Louisville, KY 40258 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27571122 | | Email/Text: Bankruptcynotices2@kasslaw.com | Mar 10 2023 21:44:00 | BNW Roofing, c/o Kass, Shuler, Solomon PA, PO Box 800, Tampa, FL 33601-0800 |
| 27571119 | ^ | MEBN | Mar 10 2023 21:41:11 | Bay Area Credit Servic, 4145 Shackleford Rd Ste, Norcross, GA 30093-3541 |
| 27571120 | ^ | MEBN | Mar 10 2023 21:41:22 | Bay Area Credit Service, PO Box 467600, Atlanta, GA 31146-7600 |
| 27571127 | | Email/Text: G06041@att.com | Mar 10 2023 21:45:00 | DirectTV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 27571142 | | Email/Text: OGCBankruptcy@floridarevenue.com | Mar 10 2023 21:44:00 | Department of Revenue, PO Box 6668, Tallahassee, FL 32314-6668 |
| 27571126 | | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2023 21:45:00 | Dept of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 27670323 | | Email/Text: Bankruptcy@nacscom.com | Mar 10 2023 21:44:00 | FLORIDA HOSPITAL TAMPA, C/O NACS, PO BOX 182221, CHATTANOOGA TN 37422-7221 |
| 27585713 | | Email/Text: EBNBKNOT@ford.com | | |

Case 8:18-bk-04199-CPM    Doc 148    Filed 03/12/23    Page 2 of 5

| District/off: 113A-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2023 | Form ID: Dovdsm13 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 10 2023 21:45:00 | Ford Motor Credit Company, LLC, Dept 55953 P.O. Box 55000, Detroit, MI 48255-0953 |
| 27571129 | + | Email/Text: EBNBKNOT@ford.com | Mar 10 2023 21:45:00 | Frd Motor Cr, PO Box BOX542000, Omaha, NE 68154-8000 |
| 27571141 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2023 21:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 27571125 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 21:53:11 | Chase Mtg, PO Box 24696, Columbus, OH 43224-0696 |
| 27681666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2023 21:53:22 | JPMorgan Chase Bank, National Association, Chase Records Center,, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe,LA 71203 |
| 27571135 | | Email/Text: dl-csgbankruptcy@charter.com | Mar 10 2023 21:45:00 | Spectrum, PO Box 31710, Tampa, FL 33631-3710 |
| 27589224 | | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2023 21:53:26 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 27600182 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 10 2023 21:45:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29812161 | * | FLORIDA HOSPITAL TAMPA, C/O NACS, PO BOX 182221, CHATTANOOGA TN 37422-7221 |
| 27571133 | ## | Kitchen and Bath Factory, HUCKABY, RICHARD L, 5518 W Linebaugh Ave, Tampa, FL 33624-5069 |
| 27571131 | ## | Kitchen and Bath Factory, 5518 W Linebaugh Ave, Tampa, FL 33624-5069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erin L Greene | on behalf of Mediator Erin L. Greene erin@eringreene.com 10068@notices.nextchapterbk.com;greene.erinl.r107279@notify.bestcase.com |
| Jon Waage | jwflecf@trustee13.com |
| Jordan M Finley | |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 10, 2023 | Form ID: Dovdsm13 | Total Noticed: 32 |

    on behalf of Debtor Renee Lynn Boyd Jordan@JordanMFinley.com  Denise@JordanMFinley.com

Kevin B Wilson
    on behalf of Creditor FLORIDA HOSPITAL TAMPA kbwilson@kbwilsonlaw.com

Kimberly McIntyre
    on behalf of Trustee Jon Waage kimberly.mcintyre@tampa13.com

Marc G Granger
    on behalf of Creditor HSBC Bank USA  National Assoication et al mgranger@kahaneandassociates.com, bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420@filings.docketbird.com

Pedro L Morales
    on behalf of Debtor Renee Lynn Boyd Pedro@Burnetti.com  eservice@burnetti.com

Taji S. Foreman
    on behalf of Creditor HSBC Bank USA  National Assoication et al tforeman@kahaneandassociates.com, bkecf@kahaneandassociates.com;mgranger@kahaneandassociates.com;5456272420@filings.docketbird.com

United States Trustee - TPA7/13, 7
    USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 9

[Dovdsm13] [District Order Voluntary Dismissal Chapter 13]

ORDERED.

**Dated: March 10, 2023**

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No.
 8:18−bk−04199−CPM
 Chapter 13

Renee Lynn Boyd

_____Debtor*_____/

ORDER DISMISSING CASE

THIS CASE came on for consideration of the Notice of Dismissal filed by Debtor under 11 U.S.C. § 1307 .

Accordingly, it is ***ORDERED:***

1. This case is dismissed without a discharge .

2. All pending hearings are canceled except for any currently scheduled hearing on a motion for relief from stay or on an Order to Show Cause over which the Court reserves jurisdiction. In addition, the Court retains jurisdiction over any pending motion to dismiss the case with prejudice. If a motion to dismiss with prejudice has been filed prior to the date of this Order, the Court will conduct any scheduled hearing and will schedule any hearing as necessary.

3. If Debtor has been represented by an attorney in this case, Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

4. Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee. .

.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.